KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WEI DING,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; DAVID STILL, San Francisco District Director, U.S. Citizenship and Immigration Services; EVELYN UPCHURCH, Acting Director, Nebraska Service Center,<br><br>        Defendants. | No. C 06-0345 MHP<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER; and** ~~**[PROPOSED]**~~ **ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a forty-five day extension of time within which the Defendants must serve its answer in the above-entitled action. The extension is required to allow sufficient time for USCIS to complete its adjudication of Plaintiff's Form I-485 Petition, and to determine whether this matter can be resolved without further litigation.

    On March 7, 2006, I spoke with Plaintiff's attorney by telephone, and he stated that he does not object to a 45-day extension for Defendants' answer.

Stip to Ext Time
C 06-0345 MHP

Defendants respectfully request that the Court extend the due date for the answer until May 8, 2006.

Dated: March 6, 2006                              Respectfully submitted,

                                                  KEVIN V. RYAN
                                                  United States Attorney


                                                  _____/s/_____
                                                  ILA C. DEISS
                                                  Assistant United States Attorney
                                                  Attorney for Defendants


Dated: March 6, 2006                              _____/s/_____
                                                  JUSTIN X. WANG
                                                  Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 8, 2006                               _____
                                                  MARILYN H. PATEL
                                                  United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

Stip to Ext Time
C 06-0345 MHP