JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile:  (415) 576-9929
Email: Lawbw@aol.com

Attorney for Plaintiff
Wei DING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wei DING,<br><br>Plaintiff,<br><br>vs.<br><br>*Michael Chertoff*, Secretary of the Department of Homeland Security;<br>*Emilio T. Gonzalez*, Director, U.S. Citizenship and Immigration Services;<br>*David Still*, San Francisco District Director, U.S. Citizenship and Immigration Services;<br>*Evelyn Upchurch*, Acting Director, Nebraska Service Center<br><br>Defendants. | Case No.: **C 06-0345 MHP**<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>IT IS SO ORDERED<br>Judge Marilyn H. Patel<br><br>March 28, 2006<br><br>Immigration Case |

NOTICE IS HEREBY GIVE that pursuant to Fed.R.Civ.Pro.41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Date: March 24, 2006

Justin X. Wang, Esq.
Attorney for Plaintiff

Case No.:
PETITION FOR HEARING ON NATURALIZATION APPLICATION                F:\NANCY\Mandamus\DING, Wei\Complaints.wpd